**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

SHAQUANDA TAYLOR,               )
                               )
    Plaintiff,                  )
                               )     No.  6:10-2735-HFF
    vs.                         )
                               )
RMS–RECOVERY MANAGEMENT         )
SERVICES, INC.,                 )     **NOTICE OF DISMISSAL**
                               )
    Defendant.                  )


       Now comes the Plaintiff, SHAQUANDA TAYLOR, by and through her attorney, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties


       Respectfully Submitted,

       /s/ James M. Ervin
       James M. Ervin
       Attorney for Plaintiffs
       P.O. Box 6276
       Columbia, SC 29260-6276
       (888) 493-0770, ext. 308 (phone)
       (866) 551-7791 (facsimile)
       James@LuxenburgLevin.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James M. Ervin
James M. Ervin
Attorney for Plaintiffs
P.O. Box 6276
Columbia, SC 29260-6276
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com